**Jose Francisco Rodriguez ROCHA; et al., Petitioners,**

v.

**Alberto R. GONZALES,\* Attorney General, Respondent.**

No. 04–72504.

Agency No. A75–488–243.

United States Court of Appeals, Ninth Circuit.

Submitted April 4, 2005.\*\*

Decided April 11, 2005.

Jose Francisco Rodriguez Rocha, Riverside, CA, pro se.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department Of Homeland Security, San Francisco, CA, Michele Y.F. Sarko, Attorney, DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before KOZINSKI, HAWKINS and CLIFTON, Circuit Judges.

MEMORANDUM \*\*\*

Jose Francisco Rodriguez Rocha and his wife and minor son, natives and citizens of Mexico, petition pro se for review of the decision of the Board of Immigration Appeals dismissing their motion to reconsider the BIA's denial of their motion to reopen removal proceedings as untimely filed.

Petitioners contend that the BIA should have *sua sponte* reopened removal proceedings so that they could introduce new evidence of hardship to their United States citizen daughter to support their claim for cancellation of removal relief. Petitioners' motion to reconsider was due within 30 days of the BIA's decision, but was instead filled more than eight months after the BIA's decision. The BIA did not abuse its discretion in finding that petitioners' motion to reconsider was untimely filed, *see* 8 U.S.C. § 1229a(c)(5)(B), 8 C.F.R. § 1003.2(b), and we lack jurisdiction to review the BIA's discretionary decision not to *sua sponte* reconsider its prior decision, *see Ekimian v. INS,* 303 F.3d 1153 (9th Cir.2002).

PETITION FOR REVIEW DENIED.

**Delmy Marisol Lima SILVESTRE, Petitioner,**

v.

\* Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed.R.App.P. 43(c)(2).

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the

**Alberto R. GONZALES,\* Attorney General, Respondent.**

**No. 04–71552.**

**Agency No. A75–701–198.**

United States Court of Appeals, Ninth Circuit.

Submitted April 4, 2005.\*\*

Decided April 11, 2005.

Delmy Marisol Lima Silvestre, Los Angeles, CA, pro se.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, OIL, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before KOZINSKI, HAWKINS and CLIFTON, Circuit Judges.

MEMORANDUM \*\*\*

Delmy Marisol Lima Silvestre, a native and citizen of Guatemala, petitions pro se for review from the Board of Immigration Appeals' ("BIA") summary affirmance of an immigration judge's ("IJ") denial of her application for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. Where, as here, the BIA affirms without opinion, we review the IJ's decision. *See Falcon Carriche v. Ashcroft*, 350

F.3d 845, 849 (9th Cir.2003). We review constitutional issues de novo. *See Ram v. INS*, 243 F.3d 510 (9th Cir.2001). We deny the petition for review.

Petitioner contends that she was denied equal protection because she was not allowed to apply for suspension of deportation. Petitioner's argument is without merit because Congress comported with equal protection when it repealed suspension of deportation for aliens, such as petitioner, who were placed in removal proceedings on or after April 1, 1997, while permitting aliens placed in deportation before that date to maintain their applications for suspension of deportation. *See Vasquez–Zavala v. Ashcroft*, 324 F.3d 1105, 1108 (9th Cir.2003); *Hernandez–Mezquita v. Ashcroft*, 293 F.3d 1161, 1163–65 (9th Cir.2002).

The voluntary departure period is stayed pursuant to *Desta v. Ashcroft*, 365 F.3d 741 (9th Cir.2004).

PETITION FOR REVIEW DENIED.

**Cheng Jie CUI, Petitioner,**

v.

**Alberto R. GONZALES, Attorney**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed.R.App.P. 43(c)(2).

\*\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.